UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kenney, William, Jr., | : |
|             Plaintiff, | :   Civil Action No.: 1:10-CV-10056-GAO |
| v. | : |
| Plaza Associates, L.L.C; and DOES 1-10, inclusive, | : |
|             Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiff, Kenney, William, Jr., by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 5, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010, I electronically filed the foregoing with the Clerk of the District Court of the District of Massachusetts using the CM/ECF system.

By:  /s/ Sergey Lemberg
Sergei Lemberg